**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-7132**

————————

EDWARD L. MOSELY,

                                   Petitioner - Appellant,

        versus

GENE M. JOHNSON, Director of the Virginia
Department of Corrections,

                                   Respondent - Appellee.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. James E. Bradberry, Magistrate
Judge. (CA-02-563-2)

————————

Submitted: September 25, 2003      Decided: October 10, 2003

————————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Edward L. Mosely, Appellant Pro Se. Richard Bain Smith, Assistant
Attorney General, Richmond, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward L. Mosely seeks to appeal the magistrate judge's recommendation to dismiss his petition filed under 28 U.S.C. § 2254 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The magistrate judge's recommendation Mosely seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Haney v. Addison, 175 F.3d 1217, 1219 (10th Cir. 1999). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED